FILED

03/31/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0373

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0373

_____

PAUL S. PARISER,

      Petitioner, Appellee,
      and Cross Appellant,

  and

JUDITH SHRIAR,

      Respondent and Appellant.

_____      O R D E R

JUDITH SHRIAR,

      Counter Plaintiff and Appellant,

  v.

PAUL S. PARISER,

      Counter Defendant, Appellee,
      and Cross Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Elizabeth Best, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 31 2021